# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2020

## NO. 03-18-00221-CR

**Federico Trejo, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.